IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JASON FRIEL, | § | |
| | § | No. 276, 2014 |
| Plaintiff-Below, | § | |
| Appellant, | § | |
| | § | Court Below: Superior Court |
| v. | § | of the State of Delaware |
| | § | in and for New Castle County |
| THE HARTFORD FIRE | § | C.A. No. N13C-05-025 MMJ |
| INSURANCE COMPANY, | § | |
| A Connecticut Corporation, | § | |
| | § | |
| Defendant-Below, | § | |
| Appellee. | § | |

Submitted: January 28, 2015
Decided: January 28, 2015

Before **STRINE**, Chief Justice; **HOLLAND** and **RIDGELY**, Justices.

## **O R D E R**

This 28th day of January, 2015, the Court, upon careful consideration of the parties' briefs and the record on appeal, has concluded that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its opinion dated May 6, 2014.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, **AFFIRMED**.

BY THE COURT:

/s/ Leo E. Strine, Jr.

Chief Justice

---

[1] *Friel v. The Hartford Fire Ins. Co.*, 2014 WL 1813293 (Del. Super. May 6, 2014).